RICHARD B. GOETZ (S.B. #115666)
rgoetz@omm.com
JACLYN BLANKENSHIP (S.B. #267524)
jblankenship@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071-2899
Telephone:     (213) 430-6000
Facsimile:      (213) 430-6407

TANCRED SCHIAVONI (pro hac vice)
tschiavoni@omm.com
O'MELVENY & MYERS LLP
Times Square Tower, 7 Times Square
New York, NY 10036
Telephone:  (212) 326-2000
Facsimile:   (212) 326-2061

Attorneys for Appellants, ACE FIRE UNDERWRITERS INSURANCE COMPANY and ACE PROPERTY & CASUALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PLANT INSULATION CO.,<br><br>Debtor. | Judge:  Hon. Richard Seeborg<br><br>Nos. 3:12-cv-03793-RS (Consolidated with Case No. 3:12-cv-04139-RS)<br><br>On appeal from U.S. Bankruptcy Court for the Northern District of California<br>(Honorable Thomas E. Carlson) |
| ACE FIRE INSURANCE CO., ACE PROPERTY & CASUALTY INSURANCE CO.,<br><br>Appellants,<br><br>v.<br><br>PLANT INSULATION CO., *et al*.,<br><br>Appellees. | Bankr. Case No. 3:09-BK-31347 TEC<br><br>**[PROPOSED] ORDER APPROVING STIPULATION DEFERRING BRIEFING SCHEDULE ON THE MERITS UNTIL RESOLUTION OF MOTION TO DISMISS APPEALS** |

Before the Court is a *Stipulation Deferring Briefing Schedule on the Merits until Resolution of Motion to Dismiss Appeals* (the "Stipulation").  The Court has reviewed the Stipulation and has determined that there is good case for entry of an Order approving the Stipulation.

Accordingly, the Court hereby ORDERS as follows:

1. The Stipulation is approved.
2. ACE and OneBeacon's deadline to file opening briefs shall be subject to an open extension.
3. This open extension is terminable on 20 days' notice by ACE, OneBeacon or the Plan Proponents.
4. Capitalized terms not defined herein shall have the meanings ascribed to them in this Stipulation.

IT IS SO ORDERED.

DATED: __9/27_____, 2012

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE